**LSK&D #: 650-0138/4811-1382-1526**
Gerald J. Gunning, Esq.
Attorney NJ ID#: 008531995
LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Boulevard, 5th Floor, Suite 31
Teaneck, NJ 07666
973 912–9501
Attorneys for Defendants
Penske Truck Leasing Co., LP i/s/h/a Penske Truck Leasing
and ROBERT TIMKE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X
TAQUIOYA CAUSEY

                                        Plaintiff,

        – against –

ROBERT TIMKE, PENSKE TRUCK LEASING,
JOHN DOE 1-10 (said names being fictitious)
ABC CORP. A-Z (said names being fictitious)

                                       Defendants
-----------------------------------------------------------------X

Docket No.:

**PETITION OF REMOVAL**

**ASSIGNED TO:**

**TRIAL BY JURY DEMANDED**

        Defendants allege as follows for their notice of removal:

        1.        On or about January 12, 2017, plaintiff Taquioya Causey filed a complaint, Exhibit A hereto, in a civil action for money damages in New Jersey Superior Court, Passaic County, under docket no. L-172-17.

        2.        Defendants served an answer to the complaint on May 30, 2017, Exhibit B.

        3.        This action is removable to this court under 28 U.S.C. §1441, in that the amount in controversy exceeds the sum of seventy five thousand dollars ($75,000.00), exclusive of interest and costs, the citizenship of the parties is completely diverse, no defendant is a citizen of

New Jersey, and this notice is filed within 30 days of defendants' receiving a response to their Demand for Statement of Damages.

4. Plaintiff was and is a citizen of the State of New Jersey when this action was commenced and, upon information and belief, at the filing of this notice.

5. Defendant Penske Truck Leasing Co., LP i/s/h/a Penske Truck Leasing is a limited partnership having its principal place of business in Reading, Pennsylvania.

6. Defendant Robert Timke is a resident of New York.

7. The allegations above as to defendants' citizenship were true when the action was commenced and are true when this notice is filed.

8. Neither the Summons nor the Complaint states the amount plaintiff demands as damages. Plaintiff responded to defendants' Demand for Statement of Damages on or about November 8, 2017, showing that plaintiff's demand is in the amount of $1,000,000 and whereupon the action became removable. The response to Demand for a Statement of Damages is annexed as Exhibit C. This notice is filed within thirty days of receipt of the plaintiff's response to Demand for Statement of Damages.

**WHEREFORE,** Defendants, Penske Truck Leasing Co., LP i/s/h/a Penske Truck Leasing and Robert Timke, pray that this action now pending against them in the Superior Court of the State of New Jersey, Passaic County, be removed therefrom to this Court.

Dated:     Teaneck, New Jersey
           December 1, 2017

                LESTER SCHWAB KATZ & DWYER, LLP
                Attorneys for Defendants
                Penske Truck Leasing Co., LP i/s/h/a Penske Truck
                Leasing and ROBERT TIMKE

                By: _____
                        Gerald J. Gunning

TO:

Law Office of Gerard Nisivoccia, Esq., LLC
175 Market Street Suite 206
Patterson, NJ 07505
(973) 782-6195
Fax (973) 782-6196
email: Nisi8@aol.com
Attorneys for Plaintiff