# EXHIBIT A

Nisivoccia Law Firm LLC
Attorneys At Law
175 Market Street, Suite 206
Paterson, NJ 07505
(973) 782-6195
Attorneys for Plaintiff, Taquioya Causey

| | |
|---|---|
| TAQUIOYA CAUSEY<br><br>Plaintiff.<br><br>vs.<br><br>ROBERT TIMKE, PENSKE TRUCK LEASING, JOHN DOE 1-10 (said names being fictitious), ABC CORP. A-Z (said names being fictitious)<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY<br>DOCKET NO.: PAS-L- 172-17<br><br>Civil Action<br><br>SUMMONS |

THE STATE OF NEW JERSEY, TO THE ABOVE NAMED DEFENDANT(S):

## PENSKE TRUCK LEASING

YOU ARE HEREBY SUMMONED in a Civil Action in the Superior Court of New Jersey, instituted by the above named plaintiff(s), and required to serve upon the attorney(s) for the plaintiff(s), whose name and office address appears above, either (1) an answer to the annexed complaint or (2) a general appearance in accordance with R.5:4-3(a) within 35 days after the service of the summons and complaint upon you, exclusive of the day of service. If you fail to answer, or fail to file a general appearance in accordance with R.5:4-3(a), judgment by default may be rendered against you for relief demanded in the complaint. You shall promptly file your answer or your general appearance and proof of service thereof in duplicate * with the Clerk of the Superior Court at * Passaic County Court House, 77 Hamilton Street, Paterson, New Jersey 07505, in accordance with rules of civil practice and procedure.

*If you cannot afford to pay an attorney, call a Legal Services Office. An individual not eligible for legal assistance may obtain a referral to an attorney by calling a county lawyer referral service. These numbers may be listed in the yellow pages of your phone book or may be obtained by calling the New Jersey State Bar Association Lawyer Referral Service toll-free (800)792-8315 (within New Jersey) or (609)394-1101 (from out of state). The phone numbers for the county in which this action is pending are: Lawyer Referral Service, (201)278-9223, Legal Services Office (201)345-7171.*

Dated: April 24, 2017

/s/ Michelle Smith /s/
Clerk of the Superior Court

Name of defendant to be served: PENSKE TRUCK LEASING
4000 Cline Avenue
East Chicago, IL 46312

Law Office of Gerard A. Nisivoccia, Esq., LLC
Gerard A. Nisivoccia, Esq.
175 Market Street, Suite 206
Paterson, NJ 07505
(973) 782-6195
(973) 782-6196 (f)
Attorney for Plaintiff, Taquioya Causey
Attorney Id No.: 03813-2007

RECEIVED
Superior Court of New Jersey

JAN 12 2017

Passaic County

RECEIVED and FILED
Superior Court of New Jersey
JAN 12 2017
PASSAIC COUNTY

| | |
|---|---|
| TAQUIOYA CAUSEY<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT TIMKE, PENSKE TRUCK LEASING, JOHN DOES 1-10 (said names being fictitious), ABC CORP A-Z (said names being fictitious),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY<br>DOCKET NO.: PAS-L- 172-17<br><br>Civil Action<br><br>**COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL and CERTIFICATION** |

Plaintiff, Taquioya Causey, residing at 900 Valley Rd., City of Clifton, County of Passaic, and State of New Jersey; by way of Complaint against the Defendants, herein says:

### FIRST COUNT

1. On or about January 13, 2015, the Plaintiff, TAQUIOYA CAUSEY, was an operator and owner of a motor vehicle, traveling east on Route 17 Northbound., in the city of East Rutherford, County of Bergen, State of New Jersey. The defendant, ROBERT TIMKE, was also an operator of a motor vehicle owned by defendant, PENSKE TRUCK LEASING, traveling also on Rt. 17 northbound, in the city of East Rutherford, State of New Jersey.

2. The defendant, did operate his vehicle in such a careless, reckless and/or negligent manner and in violation of the Motor Vehicle and Traffic Acts of the State of New Jersey, so as to cause his vehicle to collide with great force with the plaintiff's vehicle when striking the plaintiff's vehicle.

3. As a direct and proximate result of the aforesaid carelessness, recklessness and/or negligence of the defendant, plaintiff was violently tossed about and sustained serious bodily injuries resulting in:

   a. Death; and/or

   b. Disfigurement; and/or

   c. Significant disfigurement or significant scarring; and/or

   d. A fracture; and/or

   e. Loss of fetus; and/or

   f. A permanent injury, within a reasonable degree of medical probability, other than scarring or disfigurement.

4. As a direct and proximate result of the aforesaid carelessness, recklessness and/or negligence of the defendant, plaintiff was injured, has incurred and in the future will incur expenses for the treatment of her injuries, has been disabled and in the future will be disabled and unable to perform her usual functions, has been caused and in the future will be caused great pain and suffering, to her great loss and damage.

5. As a result of the defendant's carelessness, recklessness and/or negligence, plaintiff is prevented from attending to her usual duties, daily affairs and occupation whereby she sustained loss of income.

WHEREFORE, plaintiff, TAQUIOYA CAUSEY, demands Judgment on the First Count of the Complaint and Jury Demand against the defendants, ROBERT TIMKE, PENSKE TRUCK LEASING, John Does 1-10 (said names being fictitious), ABC CORP A-Z (said names being fictitious), for the following:

   a. Compensatory Damages;

   b. Punitive Damages;

   c. Attorneys Fees;

    d.    Pre-Judgment Interest;

    e.    Cost of Suit; and

    f.    For such other relief as the Court may deem just and equitable.

## JURY DEMAND

Plaintiffs hereby demands a trial by jury as to all issues.

Attorneys for Plaintiff(s)

Dated: 1/12/17    BY: _____
                           Gerard A. Nisivoccia, Esq.

## DESIGNATION OF TRIAL COUNSEL

The undersigned hereby designates GERARD A. NISIVOCCIA, ESQ. as trial counsel in the above captioned action.

Attorney for Plaintiff(s)

Dated: 1/12/17    BY: _____
                           Gerard A. Nisivoccia, Esq.

## CERTIFICATION PURSUANT TO RULE 4:5-1

The undersigned attorney for plaintiff(s) hereby certify as follows:

    1.    The within action is not the subject of any other action pending in any court or a pending arbitration proceeding.

    2.    No other action or arbitration proceeding is contemplated.

    3.    There are no other parties known to me who should be joined in this action.

4.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Attorneys for Plaintiff(s)

Dated: 1/12/17

BY: _____
Gerard A. Nisivoccia, Esq.

```
PASSAIC SUPERIOR COURT
PASSAIC COUNTY COURTHOUSE
77 HAMILTON STREET
PATERSON           NJ 07505
                                              TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 247-8176
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:  JANUARY 18, 2017
                        RE:    CAUSEY VS TIMKE ET AL
                        DOCKET: PAS L -000172 17

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON BRUNO -. MONGIARDO

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     003
AT:  (973) 247-8198 EXT 8198.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
WITH  R.4:5A-2.
                        ATTENTION:
                                   ATT: GERARD A. NISIVOCCIA
                                   GERARD NISIVOCCIA LLC
                                   175 MARKET STREET
                                   SUITE 206
                                   PATERSON        NJ 07505

JUANS1
```

04/24/2017  15:58                                                           (FAX)19737826196         P.005/010

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

| | |
|---|---|
| PAYMENT TYPE: | ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Gerard A. Nisivocola, Esq. | (973) 782-6195 | Passaic |
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available) |
| Attorney ID no.: 03813-2007 | | L-172-17 |
| OFFICE ADDRESS | | DOCUMENT TYPE |
| 175 Market St., Ste. 206, Paterson, NJ, 07505 | | Complaint |
| | | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Taquioya Causey, Plaintiff | Causey vs. Robert Timke, et al. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 603 N | ☐ YES ■ NO | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ Yes  ■ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) | |
|---|---|---|
| ☐ YES  ■ No | Ghallagher Bassett | ☐ NONE ☐ UNKNOWN |

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☐ Yes  ■ No | ☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain) ☐ FAMILIAL  ☐ BUSINESS |

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ■ YES  ☐ NO |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

RECEIVED and FILED
Superior Court of New Jersey
JAN 12 2017
PASSAIC COUNTY

RECEIVED
Superior Court of New Jersey
JAN 12 2017
Passaic County

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ YES  ■ No | |

| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
|---|---|
| ☐ Yes  ■ No | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 10/01/2016, CN 10517                                                                                  page 1 of 2

04/24/2017   15:59                                                    (FAX)19737826196        P.006/010

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

**Track III - 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category    ☐ Putative Class Action    ☐ Title 59

Effective 10/01/2016, CN 10517                                                                page 2 of 2