LSK&D #: 650-0138 / 4840-2538-9151
LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendants
ROBERT TIMKE and PENSKE TRUCK LEASING CO.,
L.P. i/s/h/a PENSKE TRUCK LEASING

---------------------------------------------------------X
TAQUIOYA CAUSEY,                                          UNITED STATES DISTRICT COURT
                                                          DISTRICT OF NEW JERSEY
                         Plaintiff,
                                                          Docket No.: 2:17-CV-12348 (SRC-CLW)
         vs.

ROBERT TIMKE, PENSKE TRUCK LEASING,                       STIPULATION OF DISMISSAL WITH
JOHN DOE 1-10 (said names being fictitious),              PREJUDICE
ABC CORP. A-Z (said names being fictitious),

                         Defendants.
---------------------------------------------------------X

This matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff(s), TAQUIOYA CAUSEY, and defendant(s), ROBERT TIMKE and PENSKE TRUCK LEASING CO., L.P. i/s/h/a PENSKE TRUCK LEASING, it is hereby stipulated and agreed that same be discontinued with prejudice, and that same be and is hereby dismissed without costs against either party.

Dated:   Teaneck, New Jersey
         March 14, 2018

Nisivoccia Law Firm LLC                    LESTER SCHWAB KATZ & DWYER, LLP
                                           Attorneys for Defendants
                                           ROBERT TIMKE and PENSKE TRUCK
By: _____                  LEASING CO., L.P. i/s/h/a PENSKE TRUCK
175 Market Street, Suite 206               LEASING
Paterson, New Jersey 07505
Attn: Gerard A. Nisivoccia, Esq.
Attorneys for Plaintiff                    By: _____
(973) 782-6195                                  Gerald J. Gunning