LSK&D #: 650-0138 / 4840-2538-9151
LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendants
ROBERT TIMKE and PENSKE TRUCK LEASING CO.,
L.P. i/s/h/a PENSKE TRUCK LEASING

**CLOSED**

-----------------------------------------x
TAQUIOYA CAUSEY,

                Plaintiff,

    vs.

ROBERT TIMKE, PENSKE TRUCK LEASING,
JOHN DOE 1-10 (said names being fictitious),
ABC CORP. A-Z (said names being fictitious),

                Defendants.
-----------------------------------------x

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Docket No.: 2:17-CV-12348 (SRC-CLW)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff(s), TAQUIOYA CAUSEY, and defendant(s), ROBERT TIMKE and PENSKE TRUCK LEASING CO., L.P. i/s/h/a PENSKE TRUCK LEASING, it is hereby stipulated and agreed that same be discontinued with prejudice, and that same be and is hereby dismissed without costs against either party.

Dated:    Teaneck, New Jersey
           March 14, 2018

Nisivoccia Law Firm LLC

By: _____
175 Market Street, Suite 206
Paterson, New Jersey 07505
Attn: Gerard A. Nisivoccia, Esq.
Attorneys for Plaintiff
(973) 782-6195

LESTER SCHWAB KATZ & DWYER, LLP
Attorneys for Defendants
ROBERT TIMKE and PENSKE TRUCK
LEASING CO., L.P. i/s/h/a PENSKE TRUCK
LEASING

By: _____
      Gerald J. Gunning

            **SO ORDERED.**
            s/ Stanley R. Chesler, USDJ